UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 03-338 |
| MELVIN LUTCHER | SECTION I |

### ORDER AND REASONS

Before the Court is a motion[1] filed by defendant, Melvin Lutcher, for leave to file a request for permission to file a second and successive habeas petition pursuant to 28 U.S.C. § 2244(b)(3)(A). This procedural posture is a result of a prior sanctions order by the Fifth Circuit that requires Mr. Lutcher to petition a district court for permission to file a successive and successive habeas petition. *See United States v. Lutcher*, No. 14-30354, at 3 (5th Cir. 2014). This Court denies Mr. Lutcher leave to file a request for permission because it perceives no arguable merit in his petition.

In particular, 28 U.S.C. § 2244(b)(2) only permits second and successive petitions when:

> (A) the applicant shows that the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or
>
> (B)(i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and
>
> (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense.

---

[1] R. Doc. No. 630.

Mr. Lutcher's motion for leave does not demonstrate that his successive habeas petition would be anything other than futile. The supposedly new ruling on which Mr. Lutcher seeks to rely on is from the Fifth Circuit[2]—and not the Supreme Court—and therefore cannot qualify under § 2244(b)(2)(A). Likewise, Mr. Lutcher does not demonstrate entitlement to file a successive petition under § 2244(b)(2)(B) because his motion does not point to any newly discovered facts on which he bases his petition.

Accordingly,

**IT IS ORDERED** that the motion for leave is **DENIED**.

New Orleans, Louisiana, September 6, 2016

_____
LANCE M. AFRICK
**UNITED STATES DISTRICT JUDGE**

---

[2] R. Doc. No. 630, at 3 (citing *United States v. Haines*, 803 F.3d 713 (5th Cir. 2015)).