UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                   CRIMINAL ACTION

VERSUS                                                                     NO. 03-338

MELVIN LUTCHER                                                   SECTION I

### ORDER AND REASONS

Before the Court is a motion[1] filed by defendant, Melvin Lutcher, for leave to appeal *in forma pauperis*. The Court concludes, based on the reasons noted in its prior orders,[2] that Mr. Lutcher has failed to demonstrate any merit whatsoever to his proposed appeal of this Court's decision to deny him leave to file a request for permission to file a second or successive habeas petition pursuant to 28 U.S.C. § 2244(b)(3)(A).[3] Therefore, the Court holds that this appeal is not taken in good faith. Mr. Lutcher is **CAUTIONED** that his pursuit of a seemingly meritless appeal as a sanctioned litigant may lead to further, and heightened, sanctions.

Accordingly,

**IT IS ORDERED** that the motion for leave to appeal *in forma pauperis* is **DENIED.**

---

[1] R. Doc. No. 637.
[2] R. Doc. No. 631; R. Doc. No. 633; R. Doc. No. 635.
[3] This unusual procedural posture is a result of a prior sanctions order by the Fifth Circuit that requires Mr. Lutcher to petition a district court for permission to file a second or successive habeas petition. *See United States v. Lutcher*, No. 14-30354, at 3 (5th Cir. 2014).

**IT IS FURTHER ORDERED**, to the extent that Mr. Lutcher is required to obtain a certificate of appealability to appeal the denial of permission to file, the implicit request for a certificate of appealability is **DENIED.**

New Orleans, Louisiana, October 24, 2016

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE